# United States District Court
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 15, 2022**

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br>*Plaintiff,*<br>v.<br><br>**JEREMY OBEDIHA HENDRICKS**<br>**and NICHOLE DIANE HOLLAND,**<br>*Defendants.* | Case No.  4:22-mj-07218-ACE |

## CRIMINAL COMPLAINT

I, Task Force Officer Kristin Tripp, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) December 14, 2022, in the county of Benton in the Eastern District of Washington, the defendants, JEREMY OBEDIHA HENDRICKS and NICHOLE DIANE HOLLAND, violated: Title 21 United States Code, Section, 841(a)(1), (b)(1)(A)(viii) - Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine.

This complaint is based on these facts:

☒ Continued on the attached sheet.

_____
Complainant's signature

*TFO Kristin Tripp, Federal Bureau of Investigation*
_____
Printed name and title

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date:  December 15, 2022

_____
Judge's signature

*Alexander C. Ekstrom, United States Magistrate Judge*
_____
Printed name and title

City and state:  Richland, Washington

*Assigned AUSA:* SAV

*County of Investigation:* Benton

*In Re Affidavit in Support of Criminal Complaint for Jeremy Obediha Hendricks and Nichole Diane Holland*

## AFFIDAVIT

STATE OF WASHINGTON )
                    ) ss
Benton County       )

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Kristin Tripp, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1.  I am a full time Corrections Specialist for the Washington State Department of Corrections ("DOC") and have been so employed since November of 2012. I was employed as a Corrections and Custody Officer for approximately 2.5 years, I was also a member of the facilities Emergency Response Team. In 2015, I promoted to Community Corrections Officer and held that position for approximately 6 years. In December 2012, I graduated from the DOC 232-hour Correctional Worker Core Academy. In August 2015, I graduated from the DOC 160-hour Case Management and Community Corrections Officer Academy. I was promoted to Corrections Specialist in May 2021 and assigned to the Federal Bureau of Investigation Southeast Washington Safe Streets Task Force.

Affidavit of TFO Tripp (4:22-mj-07218-ACE) - 1

2.  In April 2022, I attended the Washington State Narcotics Investigators Association training which included the following classes: Narcotics Safety and Evolving Drug Trends, Undercover Social Media Investigations, and Operational Planning, Briefing, and Red Flags.

3.  Additionally, I have assisted in criminal investigations involving drug trafficking. Through this participation, I have gained an understanding of the manner in which controlled substances are trafficked and the various roles members of such organizations serve in furtherance of the organization's drug trafficking and money laundering activities. This participation includes acting as the case agent and assisting other law enforcement officers.

4.  The purpose of this affidavit is to submit probable cause to support Criminal Complaint as to Jeremy Odediha HENDRICKS and Nichole Diane HOLLAND. This affidavit is not intended to provide every fact known to me about this investigation. Rather, the intent is simply to establish the probable cause necessary to support the Criminal Complaint and associated arrest warrant.

## FACTS SUPPORTING COMPLAINT AND ARREST WARRANT

5.  On December 14, 2022, law enforcement executed a federal search warrant (4:22-MJ-07213-ACE) at the identified residence of Jeremy Obediha HENDRICKS ("HENDRICKS") in the Richland, Washington area. During the execution of the search warrant, the homeowner of that residence was contacted and identified various bedrooms utilized by individuals in that residence.

Affidavit of TFO Tripp (4:22-mj-07218-ACE) - 2

6.  In the room identified by the homeowner as occupied by HENDRICKS, law enforcement located: dominion for HENDRICKS, approximately a quarter pound of white crystalline substance that field-tested presumptive positive for methamphetamine, a digital scale, drug paraphernalia, and one 9mm Remington RP9 pistol bearing serial number RP009913H.

7.  In a separate room which was identified by the homeowner as belonging to HENDRICKS' ex-girlfriend "Nichole", law enforcement located approximately one pound of a white crystalline substance that field tested presumptive positive for methamphetamine, approximately 1,000 blue suspected fentanyl-laced pills, approximately 50 multicolor suspected fentanyl-laced pills, and approximately 1,000 pink suspected fentanyl-laced pills, one Smith and Wesson 40 caliber pistol bearing serial number FDD0007, one SKS Style RAS47 Century Arms 7.62x39 caliber rifle bearing serial number RP009913H (located in the closet), as well as also multiple forms of dominion for both Nichole HOLLAND and HENDRICKS.  The seized controlled substances were primarily located on open shelving in the room (plainly visible) as well as in a locked safe also located in that room.

8.  In a follow-up interview, the homeowner advised law enforcement that HENDRICKS had access to HOLLAND's room and accessed it yesterday. The homeowner also stated HOLLAND and HENDRICKS have a storage unit together and were looking for a new apartment.

Affidavit of TFO Tripp (4:22-mj-07218-ACE) - 3

9. Based on my training and experience, to include review of laboratory reports of methamphetamine seized in this District, there is probable cause to conclude there is more than 50 grams of actual (pure) methamphetamine contained in the methamphetamine seized. Additionally, based on my training and experience, there is probable cause to conclude the seized quantity of methamphetamine constitutes a distribution amount.

## CONCLUSION

10. Based upon the above facts, I believe probable cause exists to support the issuing of a Criminal Complaint charging HENDRICKS and HOLLAND with Possession with the Intent to Distribute 50 Grams of Actual (Pure) Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

Respectfully Submitted,

_____
Kristin Tripp, TFO
Federal Bureau of Investigation

Signed electronically and sworn to electronically on this 15th day of December, 2022.

_____
Alexander C. Ekstrom
United States Magistrate Judge

Affidavit of TFO Tripp (4:22-mj-07218-ACE) - 4