1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Stephanie Van Marter
4  Rebecca Perez
   Assistant United States Attorneys
5  Post Office Box 1494
6  Spokane, WA 99210-1494
7  Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 20 2022

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON      DEPUTY

8
9        UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF WASHINGTON

10   UNITED STATES OF AMERICA,          | 4:22-CR-6056-SAB
11
12                      Plaintiff,      | INDICTMENT
13          v.                          | Vio.: 21 U.S.C. § 841(a)(1),
14                                       |       (b)(1)(A)(viii), 18 U.S.C. § 2
     JEREMY OBEDIHA HENDRICKS and       | Possession with the Intent to
15   NICHOLE DIANE HOLLAND,             | Distribute 50 Grams or More
16                                       | of Actual (Pure)
                        Defendants.     | Methamphetamine
17
18                                       | 21 U.S.C. § 853
19                                       | Forfeiture Allegations
20

21          The Grand Jury charges:

22          On or about December 14, 2022, in the Eastern District of Washington, the
23
24   Defendants, JEREMY OBEDIHA HENDRICKS and NICHOLE DIANE
25   HOLLAND, did knowingly possess with intent to distribute 50 grams or more of
26
27   actual (pure) methamphetamine, a Schedule II controlled substance, in violation of
28   21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and 18 U.S.C. § 2.


INDICTMENT – 1

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), as set forth in this Indictment, the Defendants, JEREMY OBEDIHA HENDRICKS and NICHOLE DIANE HOLLAND, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any forfeitable property, as a result of any act or omission of the Defendant:

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third party;

    c.     has been placed beyond the jurisdiction of the court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 20th day of December, 2022.

A TRUE BILL

INDICTMENT – 2

1

2

Vanessa R. Waldref
United States Attorney

Stephanie Van Marter
Assistant United States Attorney

Rebecca Perez
Assistant United States Attorney

INDICTMENT – 3