FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2022

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** NICHOLE DIANE HOLLAND          **CASE NO.** 4:22-CR-6056-SAB-2

TOTAL # OF COUNTS: 1        ☑ FELONY        ☐ MISDEMEANOR        ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), 18 U.S.C. § 2 | Possession with the Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine | CAG not less than 10 years up to a life term; a fine not to exceed $10,000,000; not less than 5 years up to a life term of supervised release; a $100 special penalty assessment; denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862A |
| | 21 U.S.C. § 853 | Forfeiture Allegations | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |