FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 13, 2023**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:22-CR-06056-SAB-2 |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |
| v. | |
| NICHOLE DIANE HOLLAND, | **ECF Nos. 93** |
| Defendant. | |

On Wednesday, December 13, 2023, the Court conducted a hearing on Defendant's Motion to Modify Conditions of Release (ECF No. 93). Defendant was represented by court-appointed attorney Kenneth Therrien. Assistant United States Attorney Courtney Pratten represented the United States.

Defendant requests that the Court modify Additional Condition No. 17 to allow her to work more hours and exercise regularly. ECF No. 93. The United States Attorney's Office and the United States Probation/Pretrial Services Office have no objection to Defendant's request. ECF No. 96.

The Court, having reviewed the Motion and finding good cause therefor, **HEREBY ORDERS:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 93**) is **GRANTED**.

ORDER - 1

2. **Additional Condition No. 17 (ECF No. 41) is MODIFIED** in its entirety to read **as follows:**

    17.    <u>GPS Monitoring</u>: **The Defendant shall participate in a program of GPS confinement. The Defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation. In the event the Defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant. The Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office.**

    **AND**

    <u>**Curfew**</u>**: Defendant shall be restricted to her residence every day from 7:00 PM 6:00 AM, or as directed by the United States Probation/Pretrial Services Office.**

3.    All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED December 13, 2023.



    _____
    ALEXANDER C. EKSTROM
    UNITED STATES MAGISTRATE JUDGE